# EXHIBIT A

3/16/2021 2:53 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 51525053
By: Monica Jackson
Filed: 3/16/2021 2:53 PM

CAUSE NO. _____

| | | |
|---|---|---|
| AUDRI KUTCHINSKI, <br> *Plaintiff,* | § <br> § <br> § | IN THE DISTRICT COURT OF |
| -versus- | § <br> § | HARRIS COUNTY, TEXAS |
| COSTCO WHOLESALE CORPORATION <br> AND <br> SCOTT HUNTINGTON, <br> *Defendants* | § <br> § <br> § <br> § <br> § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW,** Plaintiff AUDRI KUTCHINSKI and files this Original Petition and Request for Disclosure against Defendants COSTCO WHOLESALE CORPORATION and SCOTT HUNTINGTON alleges as follows:

### I.   DISCOVERY

1.   Plaintiff intends for this case to be governed by a Level Three discovery Control Plan and requests the Court enter a docket control order specifically tailored to the facts of this case.

### II.   RELIEF

2.   Plaintiff seeks monetary relief of more than $1,000,000. Tex. R. Civ. P. 47(c)(4).

### III.   PARTIES

3.   Plaintiff AUDRI KUTCHINSKI is an individual residing in Harris County, Texas.

4.   Defendant COSTCO WHOLESALE CORPORATION is a Washington corporation with its principal place of business at 999 Lake Drive, Issaquah, Washington 98027. Costco may be served with process by serving its registered agent for service of process, CT Corporation System, at 1999

Bryan Street, Suite 900, Dallas, Texas 75201. At all times material hereto Costco owned and/or operated, and/or controlled a business located at 1310 Jasmine Avenue in Webster, Texas.

5.   Defendant SCOTT HUNTINGTON is the manager of the Costco store located at 1310 Jasmine Avenue in Webster, Texas. He may be served at that address, which is his usual place of business, or wherever he may be found.

### IV.   JURISDICTION & VENUE

6.   Venue is appropriate in Harris County, Texas because all of the events giving rise to this cause of action occurred in Harris County, Texas.

7.   This Court has subject matter jurisdiction because the amount in controversy is within the jurisdictional limits of the Court.

### V.   FACTUAL BACKGROUND

8.   This lawsuit arises from a fall that occurred on December 29, 2019, while Plaintiff was a business invitee at the Costco store located at 1310 Jasmine Avenue, in Webster, Harris County, Texas.

9.   Ms. Kutchinski was shopping at the Costco and there was a water puddle or other slippery substance inside the store wherein Ms. Kutchinski slipped, fell and sustained injuries.

10.  Agents, employees, and representatives of Costco told Plaintiff immediately after her fall that the store management had actual awareness of the condition before her fall.

11.  As an owner or occupier of land Defendants had a duty to keep the premises under their control safe for customers, such as Plaintiff.

12.  Defendants knew of the dangerous condition that caused Plaintiff's injury, or would have known of such condition had they conducted a reasonable inspection.

Certified Document Number: 94840111 - Page 2 of 5

13. As a result of the fall Ms. Kutchinski has suffered significant and permanent injuries personal injuries and damages.

## VI. NEGLIGENCE

14. At the time of the accident, Defendants had a duty to exercise reasonable care to keep the premises under their control safe for customers, such as Plaintiff.

15. Defendants breached that duty of care.

16. Defendants' breach of duty proximately caused serious, permanent, and disabling injuries to Plaintiff's hands, fingers, wrists, back, neck, hips, knees, legs, ankles, and other parts of her body. Such injuries have resulted in the following damages: actual damages, including, but not limited to, past and future medical expenses, past and future pain and suffering, past and future mental anguish, past and future physical impairment, past and future lost wages, and loss of earning capacity.

17. Subsequent to Plaintiff's injury a Costco representative, Zac Stonebarger, acting within the course and scope of his employment as a Senior Resolution Manager for Costco, expressly told Plaintiff that Defendants had acted negligently in causing her accident and damages.

18. Plaintiff seeks unliquidated damages within the jurisdictional limits of this Court.

## VII. PREMISES LIABILITY

19. In addition and in the alternative, Plaintiff pleads as follows.

20. Plaintiff was an invitee and Defendants were in possession and control of the premise.

21. A condition on the premises caused an unreasonable risk of harm and Defendants knew or should have known about the danger to Plaintiff.

22. Defendants breached their duties as persons in possession and control of the premises, and those breaches proximately caused serious, permanent, and disabling injuries to Plaintiff's hands,

Certified Document Number: 94840111 - Page 3 of 5

wrists, fingers, back, neck, knees, hips, legs, ankles, and other parts of her body. Such injuries have resulted in the following damages: actual damages, including, but not limited to, past and future medical expenses, past and future pain and suffering, past and future mental anguish, past and future physical impairment, past and future lost wages, and loss of earning capacity.

23. Plaintiff seeks unliquidated damages within the jurisdictional limits of this Court.

24. The conduct of the Defendants is of such a nature as to give rise to punitive or exemplary damages under applicable law.

### VIII.   JURY DEMAND

25. Plaintiff demands a jury trial and pays the jury fees herewith.

### IX.   CONDITIONS PRECEDENT

26. All conditions precedent to Plaintiff's claim for relief have been performed or have occurred.

### X.   REQUEST FOR DISCLOSURE

27. Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendants disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

### XI.   CONCLUSION & PRAYER

For these reasons, Plaintiff asks that the Court issue citation for Defendants Costco Wholesale Corporation and Scott Huntington to appear and answer, and that she be awarded a judgment against Defendants for the following: (1) actual damages, including, but not limited to, past and future medical expenses, past and future pain and suffering, past and future mental anguish, past and future physical impairment, past and future lost wages, past and future loss of earning capacity; (2) prejudgment and post-judgment interest; (3) court costs; and (4) all other relief to which she is entitled.

Certified Document Number: 94840111 - Page 4 of 5

Respectfully submitted,

**THE SYDOW FIRM**

/s/ Michael D. Sydow
Michael D. Sydow
State Bar No. 19592000
michael.sydow@thesydowfirm.com
3355 W. Alabama, Suite 444
Houston, Texas 77098
(713) 622-9700 [Telephone]
(713) 552-1949 [Telecopier]

***Attorney for Plaintiff***

Certified Document Number: 94840111 - Page 5 of 5



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 10, 2022

Certified Document Number:        94840111 Total Pages:  5

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Case 4:22-cv-00083   Document 1-1   Filed on 01/10/22 in TXSD   Page 8 of 20

3/16/2021 2:53:20 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 51525053
By: JACKSON, MONICA J
Filed: 3/16/2021 2:53:20 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served: Plaintiff's Original Petition and Request for Disclosure

FILE DATE: 03/16/2021   Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

Issue Service to: Costco Wholesale Corporation

Address of Service: 1999 Bryan Street, Suite 900

City, State & Zip: Dallas, Texas 75201

Agent (if applicable): Registered Agent: CT Corporation System

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

- [X] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias    Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY (check one):**
- [ ] ATTORNEY PICK-UP (phone) _____
- [X] E-Issuance by District Clerk
- [ ] MAIL to attorney   at: _____   (No Service Copy Fees Charged)
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____  Phone: _____
- [ ] OTHER, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Michael D. Sydow   Bar # or ID 19592000

Mailing Address: 3355 W. Alabama, Suite 444, Houston, TX 77098

Phone Number: (713) 622-9700

Certified Document Number: 94840112 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 10, 2022

Certified Document Number:        94840112 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

3/16/2021 2:53:20 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 51525053
By: JACKSON, MONICA J
Filed: 3/16/2021 2:53:20 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____ CURRENT COURT: _____

Name(s) of Documents to be served: Plaintiff's Original Petition and Request for Disclosure

FILE DATE: 03/16/2021  Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

Issue Service to: Scott Huntington

Address of Service: 1310 Jasmine Street

City, State & Zip: Webster, Texas 77598

Agent (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

- [X] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias    Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY (check one):**
- [ ] ATTORNEY PICK-UP (phone) _____
- [X] E-Issuance by District Clerk
- [ ] MAIL to attorney    at: _____     (No Service Copy Fees Charged)
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- [ ] OTHER, *explain* _____

Issuance of Service Requested By: Attorney/Party Name: Michael D. Sydow   Bar # or ID 19592000

Mailing Address: 3355 W. Alabama, Suite 444, Houston, Texas 77098

Phone Number: (713) 622-9700

Certified Document Number: 94840113 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 10, 2022

Certified Document Number:        94840113 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

11/10/2021 8:57 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 59023119
By: Rhonda Momon
Filed: 11/10/2021 8:57 AM

## Request for Issuance of Service

**CASE NUMBER:** _2021-15212_____   **CURRENT COURT:** ___281st_____

**Name(s) of Documents to be served:** Plaintiff's Original Petition and Request for Disclosure_____

**FILE DATE:** _03/16/2021_____   Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Costco Wholesale Corporation_____

Address of Service: 1999 Bryan Street, Suite 900_____

City, State & Zip: Dallas, Texas 75201_____

Agent (if applicable) Registered Agent: CT Corporation System_____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [X] **Citation**    [ ] **Citation by Posting**    [ ] **Citation by Publication**    [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**    Newspaper_____
- [ ] **Temporary Restraining Order**    [ ] **Precept**    [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**    [ ] **Capias** (not by E-Issuance)    [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**    [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**    [ ] **Hague Convention ($16.00)**    [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)    [ ] **Injunction**    [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** *(check one)*:
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [X] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney  at:** _____    (No Service Copy Fees Charged)
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by District Clerk**

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____   Phone: _____
- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Michael D. Sydow_____   Bar # or ID  19592000_____

Mailing Address: 3355 W. Alabama, Suite 444, Houston, TX 77098

Phone Number: (713) 622-9700_____

Certified Document Number: 98873810 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 10, 2022

Certified Document Number:        98873810 Total Pages:  1

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Case 4:22-cv-00083 Document 1-1 Filed on 01/10/22 in TXSD Page 14 of 20

11/10/2021 8:57:14 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 59023119
By: MOMON, RHONDA M
Filed: 11/10/2021 8:57:14 AM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** __2021-15212__   **CURRENT COURT:** __281st__

**Name(s) of Documents to be served:** Plaintiff's Original Petition and Request for Disclosure

**FILE DATE:** 03/16/2021  Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Scott Huntington

Address of Service: 1310 Jasmine Street

City, State & Zip: Webster, Texas 77598

Agent (if applicable): ____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [X] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication**
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**   Newspaper ____
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias** (not by E-Issuance)
- [ ] **Attachment** (not by E-Issuance)
- [ ] **Certiorari**
- [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus** (not by E-Issuance)
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** ____

(See additional Forms for Post Judgment Service)

**SERVICE BY (check one):**
- [ ] **ATTORNEY PICK-UP (phone)** ____
- [X] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney at:** ____   (No Service Copy Fees Charged)
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by District Clerk**

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: ____  Phone: ____
- [ ] **OTHER,** *explain* ____

**Issuance of Service Requested By:** Attorney/Party Name: Michael D. Sydow   Bar # or ID 19592000

Mailing Address: 3355 W. Alabama, Suite 444, Houston, Texas 77098

Phone Number: (713) 622-9700

Certified Document Number: 98873811 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 10, 2022

Certified Document Number:        98873811 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

1/6/2022 1:59 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 60565507
By: Jennifer Ochoa
Filed: 1/6/2022 1:59 PM

CAUSE NO. 2021-15212

| | | |
|---|---|---|
| AUDRI KUTCHINSKI, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| COSTCO WHOLESALE CORPORATION AND SCOTT HUNTINGTON | § § § | |
| | § | 281ST JUDICIAL DISTRICT |
| Defendant. | § | |

## DEFENDANT COSTCO WHOLESALE CORPORATION'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, COSTCO WHOLESALE CORPORATION, in the above-entitled and numbered cause of action and files this Original Answer to Plaintiff's Original Petition as follows:

### GENERAL DENIAL

1. In accordance with Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies the allegations in this lawsuit made by Plaintiff, AUDRI KUTCHINSKI, and demands strict proof thereof in accordance with the Constitution and laws of the State of Texas.

### PRAYER

2. WHEREFORE, Defendant COSTCO WHOLESALE CORPORATION prays that the Plaintiff, AUDRI KUTCHINSKI take nothing in her lawsuit against Defendant and that the Court grant Defendant such other and further relief, general and special, at law or in equity, to which Defendant may be justly entitled.

Respectfully submitted,

HEARD & MEDACK, P.C.


By: */s/ David W. Medack*
David W. Medack
State Bar No. 13892950
14100 Southwest Freeway, Suite 300
Sugar Land, Texas 77478
Telephone: (713) 772-6400
Facsimile:   (713) 772-6495
dmedack@heardmedackpc.com

ATTORNEYS FOR DEFENDANT
COSTCO WHOLESALE CORPORATION

## **CERTIFICATE OF SERVICE**

Pursuant to Rule 21a of the Texas Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing has been served upon all known counsel of record, by facsimile, email, hand delivery, U.S. First Class Mail and/or certified mail, return receipt requested, on this the 6th day of January, 2022.

Michael D. Sydow
State Bar No. 19592000
The Sydow Firm
3355 W. Alabama, Suite 444
Houston, Texas 77098
(713) 622-9700 – Telephone
(713) 552-1949 – Telecopier
Email: Michael.Sydow@thesydowfirm.com

ATTORNEY FOR PLAINTIFF

*/s/ David W. Medack*
David W. Medack

Certified Document Number: 99725672 - Page 2 of 3

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alyson Clark on behalf of David Medack
Bar No. 13892950
AClark@heardmedackpc.com
Envelope ID: 60565507
Status as of 1/6/2022 2:08 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alyson Clark | | aclark@heardmedackpc.com | 1/6/2022 1:59:11 PM | SENT |
| Cendy Hernandez | | chernandez@heardmedackpc.com | 1/6/2022 1:59:11 PM | SENT |
| David W.Medack | | dmedack@heardmedackpc.com | 1/6/2022 1:59:11 PM | SENT |



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   January 10, 2022

Certified Document Number:    99725672 Total Pages: 3

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Harris County Docket Sheet

# 2021-15212

**COURT:** 281st
**FILED DATE:** 3/16/2021
**CASE TYPE:** Other Injury or Damage



**KUTCHINSKI, AUDRI**

Attorney: SYDOW, MICHAEL D.

**vs.**

**COSTCO WHOLESALE CORPORATION**

Attorney: MEDACK, DAVID W.

| Docket Sheet Entries ||
|---|---|
| Date | Comment |