United States District Court
Southern District of Texas
**ENTERED**
November 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AUDRI KUTCHINSKI | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-cv-83 |
| | § | |
| COSTCO WHOLESALE | § | |
| CORPORATION and | § | |
| SCOTT HUNTINGTON | § | |
| | § | |
| DEFENDANTS | § | |

## JUDGMENT FOR DEFENDANT

This action was tried by a jury with Judge George C. Hanks presiding, and the jury has rendered a verdict. Defendant then filed a Motion for Judgment on the verdict of the Jury. The Court, having considered the motion, is of the opinion that it is meritorious. It is therefore,

ORDERED THAT:

1. Defendant's Motion for Judgment is GRANTED;

2. Plaintiff recover nothing from Defendant Costco Wholesale Corporation; and,

3. Defendant, Costco Wholesale Corporation, recover its taxable costs.

Dated: November 07, 2024

George C. Hanks, Jr.
United States District Judge